IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS R. SANCHEZ-MEZA,<br><br>Defendant. | 4:22CR3031<br><br>**FINDINGS, RECOMMENDATION AND ORDER** |

For the reasons stated at the conclusion of the evidentiary hearing,

IT HEREBY IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, , that defendant's motion to suppress, (Filing No. 20), be denied in its entirety.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Counsel are given fourteen (14) days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be deemed a waiver of the right to appeal the district judge's adoption of the recommendation.

3. Trial of this matter remains set to commence at 9:00 a.m. on August 1, 2022 before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

May 26, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge