IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3031 |
| vs. | ORDER |
| JESUS R. SANCHEZ-MESA, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 33) recommending that the Court deny the defendant's motion to suppress (filing 20). The defendant has not objected to the Magistrate Judge's recommendation.

The defendant's deadline to object to the findings and recommendation was July 8, 2022. Filing 35; *see* filing 33; filing 34. Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States,* 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECrimR 59.2(e). The defendant was expressly advised that "failure to object may be deemed a waiver of the right to appeal the district judge's adoption of the recommendation." Filing 33. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn,* 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP,* 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer,* 439 F.3d 855, 858-59 (8th Cir. 2006).

- 2 -

Accordingly, the Court will adopt the Magistrate Judge's recommendation that the defendant's motion to suppress be denied, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 33) are adopted.

2. The defendant's motion to suppress (filing 20) is denied.

Dated this 11th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge

- 2 -