IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22CR3031 |
| vs. | |
| JESUS R. SANCHEZ-MEZA, | ORDER |
| Defendant. | |

Defendant's retained counsel, Cody J. Miltenberger, has represented Defendant in this case since March 22, 2022, and a change of plea is scheduled for November 3, 2022. Defendant can no longer afford counsel due to the death of his brother who was assisting in paying the costs of his defense. In response to Defendant's request for new counsel, Mr. Miltenberger filed a motion to withdraw. Defendant's financial affidavit of record, Defendant is eligible for appointed counsel at this time. Mr. Miltenberger is willing to be appointed as counsel for Defendant.

Accordingly,

IT IS ORDERED:

1)  Defense counsel's motion to withdraw, (Filing No. 45), is denied and defendant's oral request for appointed counsel is granted.

2)  Since this case is approaching final disposition, to avoid interruption and delay, and to provide continuity in Defendant's representation, the court hereby appoints Cody Miltenberger as counsel for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1).

3)  The Clerk of the court shall mail a copy of this memorandum and order to the Federal Public Defender, who shall provide appropriate CJA voucher information to Cody Miltenberger.

Dated this 13th day of October, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge